United States District Court

For the Northern District of California

1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    CYNTHIA MACHADO                          No. C 11-05242 NJV (DMR)

8               Plaintiff(s),                 **ORDER VACATING SETTLEMENT
                                              CONFERENCE**
9        v.

10   NORTH COAST OPPORTUNITIES

11              Defendant(s).
     _____/
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14          YOU ARE NOTIFIED THAT the settlement conference before Magistrate Judge Donna M.

15   Ryu set for **June 5, 2012** has been taken off calendar pursuant to the stipulated request of the parties.

16   Doc. no. 25.  Subject to rescheduling, and at the request of either party, a settlement conference may

17   be scheduled at a later time.

18

19   Dated:  May 30, 2012

20                                             _____

21                                             DONNA M. RYU
                                               United States Magistrate Judge
22

23

24

25

26

27

28