UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA MACHADO                                     No. C 11-05242 NJV (DMR)

        Plaintiff(s),                              **ORDER VACATING SETTLEMENT
                                                            CONFERENCE**

   v.

NORTH COAST OPPORTUNITIES

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the settlement conference before Magistrate Judge Donna M.

Ryu set for **June 5, 2012** has been taken off calendar pursuant to the stipulated request of the parties.

Doc. no. 25. Subject to rescheduling, and at the request of either party, a settlement conference may

be scheduled at a later time.

Dated: May 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge

United States District Court

For the Northern District of California