UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CYNTHIA MACHADO,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTH COAST OPPORTUNITIES, INC., and DOES 1-10, inclusive,<br><br>  Defendants.<br>_____/ | No. 1: 11-CV-5242 NJV<br><br>ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO MEDIATE CASE |

Pursuant to the stipulation of the parties filed June 26, 2012, the time for mediation of this case is continued to mid-September 2012.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge