UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CYNTHIA MACHADO, | No. CV 1: 11-5242 NJV |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| NORTH COAST OPPORTUNITIES, INC., | |
| Defendant_____/ | |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(b), the following case management and pretrial order is entered:

**1. TRIAL DATE**:

a. Jury trial will begin on December 10, 2012, at 9:00 a.m. in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, CA 95501 ("Eureka Federal Courthouse").

b. The length of the trial will be no more than 4 days. The court will allot each party 10 hours to present their case, including opening statement and closing argument.

**2. DISCOVERY**

The parties have informed the court that discovery has been completed.

**3. MOTIONS**

The parties have informed the court that no dispositive motions are contemplated.

**4. ALTERNATIVE DISPUTE RESOLUTION (ADR)**

The parties have informed the court that mediation was unsuccessful.

**5. FURTHER CASE MANAGEMENT CONFERENCE**

No further case management conferences are scheduled.

**6. FINAL PRETRIAL CONFERENCE**

a. A final pretrial conference shall be held on Tuesday, November 13, 2012, at 2:30 p.m. in the Eureka Federal Courthouse. Each party shall attend personally or by counsel who will try the case.

b. **Not less than thirty (30) days** prior to the date of the final pretrial conference, all counsel or parties shall meet and fulfill the requirements of L.R. 16-10(b).

**7. PRETRIAL FILINGS**

a. **Not less than twenty (20) days** prior to the final pretrial conference, counsel or parties shall:

(i) Serve and file a **joint** final pretrial conference statement pursuant to L.R. 16-10(b). The joint final pretrial conference statement shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) as well as the following:

THE ACTION

    Substance of the Action

    Relief Prayed

FACTUAL BASIS FOR THE ACTION

    Undisputed Facts

    Disputed Factual Issues

    Agreed Statement

    Stipulations

DISPUTED LEGAL ISSUES

    (List)

TRIAL PREPARATION

    Witnesses to be Called

    Exhibits, Schedules and Summaries

1   Trial
2   Estimate of Trial Time
3   Use of Discovery Responses at Trial
4   Further Discovery or Motions
5   TRIAL ALTERNATIVES AND OPTIONS
6   Settlement Discussions
7   Amendments - Dismissals
8   Bifurcation, Separate Trial of Issues
9   MISCELLANEOUS
10   Any other concerns of the parties

11   (ii) Serve and file **trial briefs**, which shall specify each cause of action and defense remaining to be tried along with a statement of the applicable legal standard (no opposition shall be filed). Two (2) courtesy copies of trial briefs shall be provided.

(iii) Serve and file **motions in limine** which shall be contained in one document where possible. Two (2) courtesy copies of motions in limine shall be provided. Motions in limine will be decided at the Pretrial Conference.

(iv) Serve and file a list of **discovery excerpts** from depositions (specifying the witness, page and line references), interrogatory answers, and requests for admission that will be offered at trial, and whether the excerpt is to be offered in lieu of testimony or for impeachment or rebuttal purposes.

(v) Serve and file a list of **witnesses** likely to be called at trial, in person or by deposition, other than solely for impeachment or rebuttal, with a brief statement describing the substance of the testimony to be given.

(vi) Serve and file a numerical **list of exhibits** (including demonstrative exhibits that may be admitted into evidence but not those that are purely illustrative), with a brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness.

(vii) For cases to be tried by jury, serve and file proposed **joint voir dire questions** and **joint jury instructions** (further instructions regarding jury instructions are below).

3

           (viii)  For cases to be tried by the court, serve and file **proposed findings of fact and conclusions of law**.

           (ix)  Serve and file a proposed **verdict form** which contains no reference to the submitting party.

    b.  No party shall be permitted to call any witness or offer any exhibit in its case in chief that is not disclosed in these pretrial filings without leave of court and for good cause.

    c.  **Not less than ten (10) days** prior to the final pretrial conference, counsel or parties shall serve and file any **opposition or objection** to those items required by paragraph 7(a) of this order.  Additionally, counsel or parties shall file any objections to the qualifications of **expert witnesses** contained in the opposing party's witness list.  Objections not filed as required will be deemed waived.  No replies shall be filed.  All motions and objections shall be heard at the pretrial conference unless otherwise ordered.

    d.  At least **two (2) week before trial**, the parties shall:

           (i)  **exchange exhibits** which shall be <u>premarked</u> (see label below), <u>tabbed</u> and <u>in binders</u>; and

           (ii)  deliver to chambers the original and two duplicate sets of all exhibits premarked, tabbed and in binders.  Exhibits are not to be filed.

For numbering exhibits, the plaintiff shall use numbers and the defendant shall use letters.

<u>Exhibit Label</u>:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. _____

Exhibit No. _____

Date entered: _____

RICHARD W. WIEKING, Clerk

By: _____

Deputy  Clerk

**8. JURY TRIAL**

a. Counsel shall submit an **agreed upon set** of additional **voir dire** questions to be posed by the court. Any voir dire questions on which counsel cannot agree may be submitted separately. Counsel will be allowed brief follow-up voir dire after the court's questioning.

b. **Jury Instructions**. The following jury instructions from the Manual of Model Civil Jury Instructions for the Ninth Circuit will be given absent objection: 1.1 - 1.14, 1.18, 1.19, and 3.1 - 3.5. The Ninth Circuit Manual of Model Jury Instructions is available on the Ninth Circuit website at www.ca9.uscourts.gov (library tab → jury instructions → civil).

Counsel shall submit an agreed upon set of proposed case specific instructions, using the Ninth Circuit Manual where appropriate. The proposed joint instructions should include the Ninth Circuit model jury instructions listed above. Any instructions on which counsel cannot agree may be submitted separately. Counsel shall submit a <u>table of contents</u> with their jury instructions. Each requested instruction shall be typed in full on a separate page with citations to the authority upon which it is based; a title at the top of the page; check boxes next to given, modified, and withdrawn at the bottom of the page, as shown below; <u>and</u> a reference to the party submitting it. When a Ninth Circuit model jury instruction is used, the Ninth Circuit model jury instruction number and title shall be listed at the top of the page. In addition to the chambers copies, counsel shall email a Word or Word Perfect version of their jury instructions to the njvpo@cand.uscourts.gov.

☐ Given  
☐ Modified  
☐ Withdrawn  

9. All documents filed with the Clerk of the Court shall list the civil case number followed by the initials "NJV." One copy shall be clearly marked **chambers** copy.

DATED: September 25, 2012

_____  
NANDOR J. VADAS  
United States Magistrate Judge