1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CYNTHIA MACHADO,                                    No. CV 1: 11-5242 NJV

    Plaintiff,                                   **CASE MANAGEMENT AND
                                                     PRETRIAL ORDER**

    v.

NORTH COAST OPPORTUNITIES, INC.,

    Defendant
_____/

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(b), the following case management and pretrial order is entered:

**1. TRIAL DATE**:

a. Jury trial will begin on December 10, 2012, at 9:00 a.m. in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, CA 95501 ("Eureka Federal Courthouse").

b. The length of the trial will be no more than 4 days.  The court will allot each party 10 hours to present their case, including opening statement and closing argument.

**2. DISCOVERY**

The parties have informed the court that discovery has been completed.

**3. MOTIONS**

The parties have informed the court that no dispositive motions are contemplated.

**United States District Court**
For the Northern District of California

1    **4. ALTERNATIVE DISPUTE RESOLUTION (ADR)**

2    The parties have informed the court that mediation was unsuccessful.

3    **5. FURTHER CASE MANAGEMENT CONFERENCE**

4         No further case management conferences are scheduled.

5    **6. FINAL PRETRIAL CONFERENCE**

6         a.  A final pretrial conference shall be held on Tuesday, November 13, 2012, at  2:30

7    p.m. in the Eureka Federal Courthouse.  Each party shall attend personally or by counsel who will try

8    the case.

9         b. **Not less than thirty (30) days** prior to the date of the final pretrial conference, all

10   counsel or parties shall meet and fulfill the requirements of L.R. 16-10(b).

11   **7. PRETRIAL FILINGS**

12        a. **Not less than twenty (20) days** prior to the final pretrial conference, counsel or

13   parties shall:

14             (i)  Serve and file a **joint** final pretrial conference statement pursuant to L.R.

15   16-10(b).  The joint final pretrial conference statement shall include the disclosures required by Fed.

16   R. Civ. P. 26(a)(3) as well as the following:

17   THE ACTION

18             Substance of the Action

19             Relief Prayed

20   FACTUAL BASIS FOR THE ACTION

21             Undisputed Facts

22             Disputed Factual Issues

23             Agreed Statement

24             Stipulations

25   DISPUTED LEGAL ISSUES

26             (List)

27   TRIAL PREPARATION

28             Witnesses to be Called

             Exhibits, Schedules and Summaries

**United States District Court**
For the Northern District of California

1            Trial

2            Estimate of Trial Time

3            Use of Discovery Responses at Trial

4            Further Discovery or Motions

5        TRIAL ALTERNATIVES AND OPTIONS

6            Settlement Discussions

7            Amendments - Dismissals

8            Bifurcation, Separate Trial of Issues

9        MISCELLANEOUS

10            Any other concerns of the parties

11        (ii)  Serve and file **trial briefs**, which shall specify each cause of action and

12 defense remaining to be tried along with a statement of the applicable legal standard (no opposition

13 shall be filed).   Two (2) courtesy copies of trial briefs shall be provided.

14        (iii)  Serve and file **motions in limine** which shall be contained in one

15 document where possible.   Two (2) courtesy copies of motions in limine shall be provided. Motions

16 in limine will be decided at the Pretrial Conference.

17        (iv)  Serve and file a list of **discovery excerpts** from depositions (specifying

18 the witness, page and line references), interrogatory answers, and requests for admission that will be

19 offered at trial, and whether the excerpt is to be offered in lieu of testimony or for  impeachment or

20 rebuttal purposes.

21        (v)  Serve and file a list of **witnesses** likely to be called at trial, in person or by

22 deposition, other than solely for impeachment or rebuttal, with a brief statement describing the

23 substance of the testimony to be given.

24        (vi)  Serve and file a numerical **list of exhibits** (including demonstrative

25 exhibits that may be admitted into evidence but not those that are purely illustrative), with a brief

26 statement describing the substance and purpose of each exhibit and the name of the sponsoring

27 witness.

28        (vii)  For cases to be tried by jury, serve and file proposed  **joint voir dire**

**questions** and **joint jury instructions** (further instructions regarding jury instructions are below).

3

United States District Court

For the Northern District of California

1    (viii)  For cases to be tried by the court, serve and file **proposed findings of**

2    **fact and conclusions of law**.

3    (ix)  Serve and file a proposed **verdict form** which contains no reference to

4    the submitting party.

5    b.  No party shall be permitted to call any witness or offer any exhibit in its case in

6    chief that is not disclosed in these pretrial filings without leave of court and for good cause.

7    c.  **Not less than ten (10) days** prior to the final pretrial conference, counsel or parties

8    shall serve and file any **opposition or objection** to those items required by paragraph 7(a) of this

9    order.  Additionally, counsel or parties shall file any objections to the qualifications of **expert**

10   **witnesses** contained in the opposing party's witness list.  Objections not filed as required will be

11   deemed waived.  No replies shall be filed.  All motions and objections shall be heard at the pretrial

12   conference unless otherwise ordered.

13   d.  At least **two (2) week before trial**, the parties shall:

14   (i)  **exchange exhibits** which shall be <u>premarked</u> (see label below), <u>tabbed</u> and

15   <u>in binders</u>; and

16   (ii)  deliver to chambers the original and two duplicate sets of all exhibits

17   premarked, tabbed and in binders.  Exhibits are not to be filed.

18   For numbering exhibits, the plaintiff shall use numbers and the defendant shall use letters.

19   <u>Exhibit Label</u>:

20   UNITED STATES DISTRICT COURT

21   NORTHERN DISTRICT OF CALIFORNIA

22   Case No. _____

23   Exhibit No. _____

24   Date entered: _____

25

26   RICHARD W. WIEKING, Clerk

27   By: _____

28   Deputy  Clerk

4

**United States District Court**
For the Northern District of California

1    **8. JURY TRIAL**

2         a. Counsel shall submit an **agreed upon set** of additional **voir dire** questions to be

3    posed by the court.  Any voir dire questions on which counsel cannot agree may be submitted

4    separately.  Counsel will be allowed brief follow-up voir dire after the court's questioning.

5         b. **Jury Instructions**.  The following jury instructions from the Manual of Model

6    Civil Jury Instructions for the Ninth Circuit will be given absent objection:  1.1 - 1.14, 1.18, 1.19,

7    and 3.1 - 3.5.  The Ninth Circuit Manual of Model Jury Instructions is available on the Ninth Circuit

8    website at www.ca9.uscourts.gov (library tab → jury instructions → civil).

9         Counsel shall submit an agreed upon set of proposed case specific instructions, using the

10   Ninth Circuit Manual where appropriate.  The proposed joint instructions should include the Ninth

11   Circuit  model jury instructions listed above.  Any instructions on which counsel cannot agree may

12   be submitted separately.  Counsel shall submit a table of contents with their jury instructions.  Each

13   requested instruction shall be typed in full on a separate page with citations to the authority upon

14   which it is based; a title at the top of the page; check boxes next to given, modified, and withdrawn

15   at the bottom of the page, as shown below; and a reference to the party submitting it.  When a Ninth

16   Circuit  model jury instruction is used, the Ninth Circuit  model jury instruction number and title

17   shall be listed at the top of the page.  In addition to the chambers copies, counsel shall email a Word

18   or Word Perfect version of their jury instructions to the njvpo@cand.uscourts.gov.

19        ☐    Given
          ☐    Modified
20        ☐    Withdrawn

21        9.  All documents filed with the Clerk of the Court shall list the civil case number followed

22   by the initials "NJV."  One copy shall be clearly marked **chambers** copy.

23

24   DATED:  September 25, 2012

25   _____
     NANDOR J. VADAS
26   United States Magistrate Judge

27

28